```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JORIM MELENDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JORIM MELENDEZ,<br><br>        Defendant.<br>_____ | No. 2:10-cr-00145 KJN<br><br>STIPULATION AND ORDER VACATING<br>TRIAL CONFIRMATION HEARING AND<br>JURY TRIAL AND SETTING CASE FOR<br>NON-EVIDENTIARY HEARING<br><br>Date:  May 26, 2010<br>Time:  10:00 a.m.<br>Judge: Kendall J. Newman |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, JORIM MELENDEZ that the trial confirmation hearing set for May 26, 2010 and the jury trial set for June 14, 2010 be vacated and a non-evidentiary hearing be set for August 4, 2010 at 10:00 a.m.

This continuance is requested for resolution of pending motion to be filed by the defense.

The new brief schedule is to be as follows:

```
     Defense Motion due . . . . . . . . . . . . . . . . . . July 7, 2010
     Government Opposition due . . . . . . . . . . . . . . July 21, 2010
     Defense Reply due . . . . . . . . . . . . . . . . . . July 28, 2010
     Non-Evidentiary Hearing . . . . . . . August 4, 2010 at 10:00 am.
```

It is further stipulated that the period from the date of this stipulation through and including August 4, 2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  May 25, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JORIM MELENDEZ

Dated:  May 25, 2010                    BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney


**O R D E R**


    IT IS SO ORDERED.


Dated: May 25 , 2010                    /s/ Kendall J. Newman
                                        HON. KENDALL J. NEWMAN
                                        United States Magistrate Judge

2