1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   JAMIE HANSEN
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

8  Attorney for Defendant
   Jorim Melendez
9

10

11             IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15

16  UNITED STATES OF AMERICA,      )  No. 2:10-cr-00145-KJN
                                   )
17                 Plaintiff,      )
                                   )  STIPULATION AND ORDER
18       v.                        )
                                   )
19  JORIM MELENDEZ,                )  Date:  September 17, 2010
                                   )  Judge: Hon. Kendall J. Newman
20                 Defendant.      )
                                   )
21  _____  )

22

23     The United States of America, through Matthew C. Stegman, Assistant

24  United States Attorney, together with defendant, Jorim Melendez, by

25  counsel Linda Harter, Chief Assistant Federal Defender, stipulate to

26  vacate the defendant's deadline to file its supplemental motion

27  currently set for September 17, 2010, and to continue the deadline date

28  to September 24, 2010; and to vacate the government's deadline to file

1  its supplemental reply currently set for September 24, 2010, and to
2  continue the deadline date to October 8, 2010.
3  Dated:   September 16, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Linda Harter
                                      Linda Harter
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      Jorim Melendez


Dated: September 16, 2010             BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ William Wong for
                                      MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney


                        ORDER

IT IS SO ORDERED.


Dated: September 20, 2010    /s/ Kendall J. Newman
                             HON. KENDALL J. NEWMAN
                             United States Magistrate Judge