BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
ROBERT D. SWEETIN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-10-00145 KJN |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| JORIM MELENDEZ, | ) | DATE: November 10, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |

It is Hereby Ordered that the United States of America's motion to dismiss Cr. No. S-10-00145 KJN is GRANTED and the Status Conference previously scheduled for November 10, 2010 be VACATED.

IT IS SO ORDERED.

Dated: November 9, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE